UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO LUIS DELIGIANNIS,<br><br>         PLAINTIFF,<br>v.<br><br>CITY OF ANAHEIM, et al.,<br><br>         DEFENDANTS. | CASE NUMBER:<br><br>No. SACV 06-720 DOC(JC)<br><br>NOTICE OF FILING OF<br>MAGISTRATE JUDGE'S REPORT<br>AND RECOMMENDATION AND THE LODGING<br>OF PROPOSED JUDGMENT AND ORDER |

TO:    All Parties of Record

You are hereby notified that the Magistrate Judge's report and recommendation and a proposed judgment and order have been filed on March 2, 2010, copies of which are attached.

Any party having objections to the report and recommendation and the proposed judgment and order shall, not later than **March 16, 2010**, file and serve a written statement of objections with points and authorities in support thereof before the Honorable Jacqueline Chooljian, United States Magistrate Judge.

Failure to so object within the time limit specified shall be deemed a consent to any proposed findings of fact.  Upon receipt of objections, or upon lapse of the time for filing objections, the case will be submitted to the District Judge for disposition.  Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order.  A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until the judgment and/or order by the District Judge has been entered.

                                                                        CLERK,  UNITED STATES DISTRICT COURT

     March 2, 2010                                     Kimberly I. Carter
Dated:_____          By_____
                                                                                   Deputy Clerk

M-51 (6/98)        NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
                   AND THE LODGING OF PROPOSED JUDGMENT AND/OR ORDER