UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO LUIS DELIGIANNIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF ANAHEIM, et al.,<br><br>　　　　　Defendants. | ) Case No. SACV 06-720 DOC(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that: (1) Defendants' Motions for Summary Judgment are granted to the extent they seek summary judgment on plaintiff's federal claims; (3) defendant's state law claims are dismissed without prejudice as the Court declines to exercise supplemental jurisdiction over such claims; (4) Judgment be entered in favor of all defendants on plaintiff's federal claims; and (5) Judgment be entered dismissing without prejudice plaintiff's state law claims.

　　　IT IS SO ORDERED.

DATED: April 3, 2010　　　　　　　_____

　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3